BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN DELILA HERNANDEZ, a Minor, by and through her Guardian Ad Litem, NOHEMI GALLEGOS, and NAHEMI GALLEGOS,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY MEDICAL CENTER; COUNTY OF KERN, a Municipal Corporation; DELANO REGIONAL MEDICAL CENTER; ERIC P. HOFFMAN, M.D.; LAWRENCE S. GARCIA, M.D.; and DOES 1-30,<br><br>Defendants. | Case No. 1:13-cv-00500-LJO-JLT<br><br>**STIPULATION FOR CONTINUANCE OF JOINT SCHEDULING CONFERENCE; ORDER**<br><br>(Doc. 11) |

Plaintiffs, JASMIN DELILA HERNANDEZ, a Minor, by and through her Guardian Ad Litem, NOHEMI GALLEGOS, and NAHEMI GALLEGOS ("Plaintiffs"), Defendant UNITED STATES ("United States"), Defendant KERN COUNTY MEDICAL CENTER; COUNTY OF KERN, a Municipal Corporation; and Defendant ERIC P. HOFFMAN, M.D (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the date of the scheduling conference currently set for July 19, 2013 at 8:30 a.m. before Magistrate Judge Thurston to September 12, 2013 at 9:00 a.m. before Magistrate Judge Thurston.

///

///

///

The parties base this stipulation on good cause, which includes the need for potential defendant DELANO REGIONAL MEDICAL CENTER to resolve the issues with service and the United States to respond to the Second Amended Complaint.  The parties agree that this short continuance will not cause any prejudice to the parties as this action was recently commenced.

Accordingly, the parties stipulate and agree to continue the scheduling conference as specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

|  | **Old Date** | **New Date** |
|---|---|---|
| Scheduling Conference | July 19, 2013 | September12, 2013 @ 9:00 |

Respectfully submitted,

Dated:  June 26, 2013    BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorneys for Defendant United States

Dated:  June 26, 2013    LAW OFFICE OF MAURO FIORE, JR.


/s/Mauro Fiore, Jr.
Mauro Fiore, Jr.
Attorneys for Plaintiffs

Dated:  June 26, 2013    CLINKENBEARD, RAMSEY, SPACKMAN & CLARK


/s/Barbara A. Carroll
Barbara A. Carroll
Attorneys for Defendants Kern Medical Center
and County of Kern

///

///

///

Dated:  June 26, 2013                    LEBEAU THELEN


                                         /s/John Jurich
                                         John Jurich
                                         Attorneys for Defendant Eric P. Hoffman


**ORDER**

IT IS SO ORDERED.

   Dated:   **June 26, 2013**                    **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE