BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMIN DELILA HERNANDEZ, a Minor, by and through her Guardian Ad Litem, NOHEMI GALLEGOS, and NOHEMI GALLEGOS,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY MEDICAL CENTER; COUNTY OF KERN, a Municipal Corporation; DELANO REGIONAL MEDICAL CENTER; ERIC P. HOFFMAN, M.D.; LAWRENCE S. GARCIA, M.D.; and DOES 1-30,<br><br>Defendants. | Case No. 1:13-cv-00500-LJO-JLT<br><br>STIPULATION TO CONTINUE HEARING OF UNITED STATES' MOTION TO DISMISS; **AND ORDER TO DENY CONTINUANCE OF HEARING**<br><br>Date: March 20, 2014<br>Time: 8:30 a.m.<br>Ctrm: 4<br>Honorable Lawrence J. O'Neill |

Plaintiffs, JASMIN DELILA HERNANDEZ, a Minor, by and through her Guardian Ad Litem, NOHEMI GALLEGOS, and NAHEMI GALLEGOS ("Plaintiffs"); and Defendant UNITED STATES ("United States") stipulate, by and through their undersigned counsel, to continue the hearing date of the United States' Motion to Dismiss currently set for March 20, 2014 at 8:30 a.m. before Judge Lawrence J. O'Neill to April 10, 2014 at 8:30 a.m. as specifically set forth below.

The parties base this stipulation on good cause as counsel for Defendant United States' seeks additional time in which to respond to the issues in the Opposition. Counsel for the Defendant United States' is scheduled to be in trial in another matter in the Eastern District of California, Sacramento Division, before the Honorable Lawrence K. Karlton. The trial is set to commence March 11, 2014 and is set for a 14 day trial. The parties agree that this short continuance will not

cause any prejudice to the parties as this action.  The parties request the court endorse this stipulation by way of formal order.

|  | **Current Date** | **New Date** |
|---|---|---|
| Hearing on United States' Motion to Dismiss | March 20, 2014 | April 10, 2014 |

Respectfully submitted,

Dated:  March 11, 2014                    BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY


                                          /s/Alyson A. Berg
                                          Alyson A. Berg
                                          Assistant United States Attorney
                                          Attorneys for Defendant United States

Dated:  March 11, 2014                    LAW OFFICE OF MAURO FIORE, JR.


                                          (As authorized 03/11/14)
                                          /s/Mauro Fiore, Jr.
                                          Mauro Fiore, Jr.
                                          Attorneys for Plaintiffs


**ORDER**

Given this Court's review of the record and its need to best manage its voluminous caseload with limited staff, this Court is unable to delay a decision on the motion to dismiss.  As such this Court VACATES the March 20, 2014 hearing and ORDERS no party to appear on that date.  This Court will soon issue its order on the motion to dismiss and does require a reply brief.

IT IS SO ORDERED.

   Dated:   **March 13, 2014**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE